# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

JONATHAN JONES (#581316)

VERSUS

LOUISIANA STATE PENITENTIARY

CIVIL ACTION

18-845-SDD-RLB

### RULING

The Court has carefully considered the *Motion*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr. dated June 25, 2019, to which an objection[3] was filed and also reviewed.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the Plaintiff's claims against Hunt, Davis, Reed, and Long are hereby DISMISSED, without prejudice, for failure to timely effect service upon them.

**IT IS FURTHER ORDERED** that the Defendant's *Motion to Dismiss*[4] is hereby GRANTED, and the Plaintiff's claims against Defendant, Blackmore, are DISMISSED with prejudice and this action is DISMISSED in its entirety.

Baton Rouge, Louisiana the 11 day of July, 2019.

*[signature]*

SHELLY D. DICK, CHIEF DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 12.
[2] Rec. Doc. 15.
[3] Rec. Doc. 16.
[4] Rec. Doc. 12.